**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Laura Mejia,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.: 1:14-cv-10110-NMG |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 2, 2014

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Laura Mejia

　　　　　　　　　　　　　　　　　　　　/s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq.
　　　　　　　　　　　　　　　　　　　　B.B.O. No.: 650671
　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following parties:

Jeffrey M. Sankey  
Sankey Law Offices, P.C.  
25 Braintree Hill Park, Suite 200  
Braintree, MA 02184

                                        By /s/ Sergei Lemberg_____

                                            Sergei Lemberg