UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 14-10110-NMG

Laura Mejia

v.

Midland Credit Management, Inc.

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Stipulation of Dismissal filed by the parties on 7/8/14, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

July 9, 2014

To: All Counsel